IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | ORDER SEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT |
| v. | : | |
| WILLIAM LAWSON, | : | |
| Defendant. | : | |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE