THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:19-cr-126 |
| v. | : | |
| WILLIAM LAWSON, | | Judge Walter H. Rice |
| Defendant. | : | |

---

ORDER OVERRULING MOTION FOR COMPASSIONATE RELEASE OF DEFENDANT WILLIAM (DOC. #37) AS MOOT GIVEN DEFENDANT IS NO LONGER INCARCERATED

---

Before the Court is the Motion for Compassionate Release of Defendant William Lawson. (Doc. #37). On January 10, 2020, Defendant was sentenced to sixty months imprisonment after pleading guilty to one count from the Superseding Information. (Judgment, Doc. #35, citing Superseding Information, Doc. #22). On August 10, 2022, Defendant filed the Motion under 18 U.S.C. § 3582(c)(1)(A), as amended by the Formerly Incarcerated Reenter Society Transformed Safely Transitioning Every Person Act ("First Step") Act of 2018, Pub. L. 115-391, 132 Stat. 5194. While the Motion was pending, Defendant was released on February 15, 2023.[1] A case becomes moot if "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1984) (citation omitted). A motion for compassionate release

---

[1] https://www.bop.gov/mobile/find_inmate/index.jsp#inmate_results (last accessed Jun. 26, 2024).

seeks relief not from the judgment *in toto*, but from the confinement imposed as part of the judgment. "When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide[,]" *United States v. Sanchez*, No. 16-cr-2077, 2021 WL 5999764, *1 (S.D. Cal. Dec. 17, 2021) (collecting cases), and there is no longer a "live" and redressable issue pending before the Court. *See, e.g., United States v. Hernandez*, 845 F. App'x 921, 921 (11th Cir. 2021) (*per curiam*) ("Completion of a prison term moots a challenge to the term of confinement.").

As (Defendant) has completed his term of confinement, his Motion no longer presents a live case or controversy, and the Court is without jurisdiction to hear it. U.S. Const. art. III § 2. Accordingly, the Motion is OVERRULED AS MOOT.[2]

The captioned case remains terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

IT IS SO ORDERED.

June 27, 2024

*Walter H. Rice*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[2] Also, Defendant did not submit a record showing that he asked his Warden to bring a motion for compassionate release on his behalf, as is required before personally moving the Court for release. 18 U.S.C. §3582(c)(1)(A). Thus, if the Court were to have adjudicated the Motion prior to Defendant's release, the Court would have overruled the Motion.

2